IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEVEN CHARLES SETTER,          )
                                )
        Plaintiff,              )
                                )
v.                              )        CASE NO. CV420-182
                                )
CHATHAM COUNTY DETENTION        )
CENTER and LT. BLANTON,         )
                                )
        Defendants.             )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _23rd_ day of November 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA